# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                          Crim. No. 2:16-CR-10-1H

**ROBERT GLENN JOHNSON**

On May 22, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                       I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                /s/ Michael W. Dilda  
Dwayne K. Benfield                    Michael W. Dilda  
Supervising U.S. Probation Officer        U.S. Probation Officer  
                                                201 South Evans Street, Rm 214  
                                                Greenville, NC 27858-1137  
                                                Phone: 252-830-2342  
                                                Executed On: May 26, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30th day of May, 2017.

_____  
Malcolm J. Howard  
Senior U.S. District Judge